JC Law Group PC  
Jeena Cho  
1900 S Norfolk Street Suite 350  
San Mateo, CA  94403

Judge:  
Hearing Location:  
Hearing Date:  
Hearing Time:  
Response Date:

UNITED STATES BANKRUPTCY COURT  
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  Raymond S. Chan<br>Sarah S. Chui | CASE NO: 15-40893<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE (CERTIFIED MAIL)**<br>Chapter:<br>ECF Docket Reference No. |

On 5/12/2015, I did cause a copy of the following documents, described below,

AMENDED MOTION TO AVOID LIEN,

NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO VALUE LIEN

DECLARATION OF DEBTOR(S) IN SUPPORT OF MOTION TO AVOID LIEN

DECLARATION OF ATTORNEY JEENA CHO IN SUPPORT OF MOTION TO AVOID LIEN

to be served for delivery by the United States Postal Service, via First Class United States Mail, CERTIFIED, Return Receipt Requested, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider.  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 5/12/2015

/s/ Jeena Cho  
Jeena Cho  262901  
JC Law Group PC  
1900 S Norfolk Street Suite 350  
San Mateo, CA  94403  
415 963 4004  
email@jclawgroup.com

| JC Law Group PC | Judge: |
| --- | --- |
| Jeena Cho | Hearing Location: |
| 1900 S Norfolk Street Suite 350 | Hearing Date: |
| San Mateo, CA 94403 | Hearing Time: |
| | Response Date: |

| DATE RECEIVED: May 11 2015 | TIME RECEIVED: 05:56PM | TOTAL SERVED: 2 |
| --- | --- | --- |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: Raymond S. Chan | CASE NO: 15-40893 |
| --- | --- |
| Sarah S. Chui | **CERTIFICATE OF SERVICE** |
| | **(CERTIFIED MAIL)** |
| | Chapter: |
| | ECF Docket Reference No. |

On 5/12/2015, a copy of the following documents, described below,

AMENDED MOTION TO AVOID LIEN,
NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO VALUE LIEN
DECLARATION OF DEBTOR(S) IN SUPPORT OF MOTION TO AVOID LIEN
DECLARATION OF ATTORNEY JEENA CHO IN SUPPORT OF MOTION TO AVOID LIEN

were deposited for delivery by the United States Postal Service, CERTIFIED, Return Receipt Requested, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/12/2015

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
JC Law Group PC
Jeena Cho
1900 S Norfolk Street Suite 350
San Mateo, CA 94403

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CERTIFIED*

ERIN MENDEZ PRESIDENT AND CEO
PATELCO CREDIT UNION
P.O. BOX 8020
PLEASANTON CA 94588

*CERTIFIED*

SCOTT WAITE AGENT FOR SERVICE OF
PROCESS
PATELCO CREDIT UNION
5050 HOPYARD ROAD
PLEASANTON CA 94588